# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-51009
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ANTONIO VIDALES-VAZQUEZ,

Defendant-Appellant

-----------------------------------------------------------------------------------------------------------------

Consolidated with 17-51010

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ANTONIO VIDALES-VASQUEZ,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 2:17-CR-371-1
USDC No. 2:15-CR-1323-1

No. 17-51009
c/w No. 17-51010

Before DENNIS, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Antonio Vidales-Vazquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vidales-Vazquez has filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein, as well as Vidales-Vazquez's response. We concur in counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2. Vidales-Vazquez's motion for new counsel is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.